THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
david@karlinlaw.com

Attorneys for Defendant: Turner Properties, a California General Partnership and Zee's Smog, a California Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| James Zarian, | Case No. 8:15-cv-01792 |
|---|---|
| Plaintiff, | OFFER FOR JUDGMENT |
| vs. | |
| Turner Properties, a California General Partnership; Zee's Smog, a California Corporation; and Does 1-10, | |
| Defendants, | |

TO PLAINTIFF James Zarian AND THEIR ATTORNEY OF RECORD:

    Defendants Turner Properties, a California General Partnership and Zee's Smog, a California Corporation ("Defendants") hereby offers to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

    Judgment entered in the amount of $7,501 in favor of Plaintiff and against Defendants Turner Properties, a California General Partnership and Zee's Smog, a

California Corporation. Said amount of $7,501 is inclusive of damages, penalties, statutory damages, interest, Plaintiff's attorney's fees and Plaintiff's costs.

      This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and shall not be construed as either an admission that Defendants are liable in this action, or that Plaintiff has suffered any damages. This offer of judgment is intended to resolve all of Plaintiff's claims against all Defendants in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses and costs of suit.

      If Plaintiff does not accept this offer, he may become obligated to pay Defendants' costs incurred after the making of this offer.

      To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer being served.

DATED: December 16, 2015        THE KARLIN LAW FIRM LLP

By: _____
    David E. Karlin, Esq.
    Attorneys for Defendants,
    Turner Properties, a California General Partnership and Zee's Smog, a California Corporation